**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN HIMBLER AVILES, | ) Case No. CV 16-3248-AG (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| CHARLES PARILIN et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 28, 2016

_____
ANDREW GUILFORD
U.S. DISTRICT JUDGE